

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-13-00593-CV

Venus **MINSAL**,
Appellant

v.

Abel H. **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18466
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On January 23, 2014, we granted the parties' joint motion to refer this case to mediation and abated this appeal for mediation. On April 16, 2014, we ordered the parties to notify this court in writing of the status of the mediation on or before May 7, 2014. No notification has been filed.

We, therefore, REINSTATE this appeal on the Court's docket. Appellant's brief is due **on or before June 12, 2014**. One forty-five day extension of time to file appellant's brief has already been granted in this appeal. The Court will not look favorably upon an additional request for a lengthy extension of time.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court